# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-112-877**

Effective date of registration:

April 22, 2012

---

## Title
**Title of Work:** California April 2012

## Completion/Publication
**Year of Completion:** 2012

## Author
- **Author:** Paul Velgos
- **Author Created:** photograph(s)
- **Work made for hire:** No
- **Citizen of:** United States
- **Domiciled in:** United States
- **Year Born:** 1969

## Copyright claimant
**Copyright Claimant:** Paul Velgos
250 E 124th Pl, Crown Point, IN, 46307, United States

## Rights and Permissions
- **Name:** Paul Velgos
- **Email:** paul@velgos.com
- **Telephone:** 219-714-4016
- **Address:** 250 E 124th Pl
  Crown Point, IN 46307  United States

## Certification
- **Name:** Paul Velgos
- **Date:** April 22, 2012