# Exhibit

# 2







## Main Street Eyewear
508 likes · 510 followers

[Message]  [Like]  [Search]

Posts    About    Mentions    Reviews    Services    Followers    More ▾

### Intro

Optical & sunglasses, all with friendly service and reasonable prices at a beautiful location!

- Page · Optician
- 200 Main St, Ste 107, Huntington Beach, CA, United States, California
- (714) 536-6300
- moekan@aol.com
- mainstreetwinescompany.com
- Closed now ▾
- Price Range · $$
- Rating · 4.4 (23 Reviews)

### Photos    See all photos

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024

### Posts    ⇄ Filters

**Main Street Eyewear**
October 6, 2020 ·

In this new crazy world we are all living in, sooooo many people are working or going to school virtually. Which means a LOT more computer time than we've ever had b4! And that can be rough on our eyes, whether they're young eyes or older eyes (like mine😉).

If your eyes, or your student's eyes are not feeling so great, FIRST - if you haven't had an eye exam in the past year, please call & schedule an eye exam!! If you want a suggestion as to who to go see, feel free to c... See more

👍❤ 6                                   2 comments  2 shares

👍 Like        💬 Comment        ↪ Share

View more comments

**Jeannette Soemann**
Only place I go to for years. Always pleased and get complimented on my glasses. If I can't make up my mind, Moe always seems to fine the perfect fit.
· Like · Reply

Write a comment...

**Main Street Eyewear**
July 23, 2020 ·

Hi everybody!! We just want to let you know that we have been & are still open for your optical and/or sunglass needs. We are taking all the CoVID-19 precautions necessary, so you can feel safe coming in!!

We still have a large inventory of fabulous optical frames & sunglasses! And if you bring us your prescription (or we can have your eye doctor fax it to us!), we can make lenses for optical or sunglass frames.

If you haven't been to downtown Huntington Beach lately,... See more

👍❤ 9                                                    3 shares

👍 Like        💬 Comment        ↪ Share

Write a comment...

**Main Street Eyewear**
September 21, 2019 ·

Hi Friends!!! This is a secret message about a SECRET Sale for today, Saturday, Sept 21st & tomorrow, Sunday, Sept. 22nd.
Get at least 20-25% off on Sunglasses, Optical (frames & lenses!!) & other eligible products!!
Come visit our beautiful downtown Huntington Beach during the last of our gorgeous summer weather, take a walk on our famous Pier &/or our beautiful Beach!! Run over to the fabulous new playground that the city put on the beach                                    year - (it's a lifesaver is far... See more



👍 8                                        1 comment  4 shares

👍 Like        💬 Comment        ↪ Share

**Jeannette Soemann**
Great pictures. I'll be in to see Moe around the middle of next month. Only place to go to get the right style glasses and service. Moe's selection is always the best. 😊





