1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| PAUL VELGOS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MAIN STREET EYEWEAR & BOUTIQUE INC,<br><br>　　　　　Defendant. | Case No.: 8:25-cv-01362-DOC-ADS<br><br>**JUDGMENT AGAINST MAIN STREET EYEWEAR & BOUTIQUE INC** |

　　　On July 28, 2025, this Court entered default against Defendant MAIN STREET EYEWEAR & BOUTIQUE INC ("Main Street") [Dkt. No. 13]. On August 4, 2025, Plaintiff PAUL VELGOS ("Velgos") moved for entry of default judgment pursuant to Fed. R. Civ. P. 55(b)(2).

　　　Having considered all the moving papers, and for good cause shown, the Court hereby ORDERS the following:

　　　1.　　Velgos' motion for default judgment against Main Street is GRANTED;

1

2. Velgos shall recover $3,250.00 in statutory damages for copyright infringement;

3. Velgos shall recover from Main Street $525.00 in attorney's fees;

4. Velgos shall recover from Main Street $531.94 in costs;

5. Velgos shall recover post-judgment interest at 3.61 percent from the date of entry of this judgment;[1]

6. Defendant Main Street, its officers, agents, servants, employees and attorneys, and all persons in active concert or participation with any one or more of them, who receive actual notice by personal service or otherwise IS HEREBY PERMANENTLY RESTRAINED AND ENJOINED from:

    a. Directly or indirectly infringing Plaintiff's copyrights or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any works derived or copied from any of Plaintiff's copyrighted photographs or to participate or assist in any such activity, and/or;

    b. Directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of any copyrighted photographs.

7. This is a FINAL JUDGMENT for which execution shall issue.

**IT IS SO ORDERED.**

DATED: September 25, 2025

*David O. Carter*
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to 28 U.S.C. § 1961, the interest rate used to calculate post-judgment interest on a federal court judgment is the weekly average one-year constant maturity (nominal) Treasury yield, as published by the Federal Reserve System each Monday for the preceding week.